### 43617. PAYNE v. THE STATE.

EBERHARDT, Judge. The appeal in this case being from the judgment of conviction only and not from the overruling of the amended motion for new trial which included all grounds now enumerated as error, under the ruling in *Hill v. Willis,* 224 Ga. 263 (161 SE2d 281) and in *Bryan v. State,* 224 Ga. 389 (162 SE2d 349) the judgment must be affirmed. And see *Crowley v. State,* 118 Ga. App. 7 (162 SE2d 299).

*Judgment affirmed. Felton, C. J., and Whitman, J., concur.*

SUBMITTED MAY 6, 1968—DECIDED SEPTEMBER 13, 1968.

*Johnson & Johnson, Hollis B. Johnson,* for appellant.